UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON HELLER,

    VS                                              CASE NO.  1:16cv318-RH/CAS

BANK OF AMERICA, N.A.,

**JUDGMENT**

This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

 March 23, 2017                 s/ Victoria Milton
DATE                                  Deputy Clerk: Victoria Milton